## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   3

IN RE: Global Power Equipment Group Inc., et al.

---

|  |  |  |
|---|---|---|
| | ) | |
| SNC-Lavalin Power Ontario Inc. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-24 |
| v. | ) | |
| | ) | |
| | ) | |
| Global Power Equipment Group Inc. | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 06-11045 |
| | | Bankruptcy Appeal No. 07-107 |

### NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 12/21/07 was docketed in the District Court on 1/11/08:

> Order Sustaining Estate Parties' Objections to Proofs of Claim Nos. 1099 and 1100 Filed by SNC-Lavalin Power Ontario Inc. and Temporarily Allowing for Plan Voting Purposes Claim No. 1099.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   January 14, 2008

To:   U.S. Bankruptcy Court
      Counsel