## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP INC., *et al.*, | Case No. 06-11045 (BLS) Jointly Administered |
| Debtors. | (1:08-cv-00024-UNA) |

## THE ESTATE REPRESENTATIVES' DESIGNATION
## OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Global Power Equipment Group, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), together with the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders (collectively, the "Committees"), by and through their respective undersigned counsel, hereby submit this designation of additional items to be included in the record on the appeal to the United States District Court for the District of Delaware from the Order Sustaining Estate Parties' Objection to Proofs of Claim Nos. 1099 and 1100 filed by SNC-Lavalin Power Ontario, Inc. ("SNC").

In accordance with Fed. R. Bankr. P. 8006, the Estate Representatives will provide the Clerk of the Bankruptcy Court with the items designated below for inclusion in the record on appeal.

### I.    Additional Items to be Included in the Record on Appeal

1.    Declaration of Thomas L. Edgar in Support of the Joint Motion of Estate Parties Pursuant to Bankruptcy Rule 3018 to Determine the Temporarily Allowed Amount of SNC-Lavalin Power Ontario, Inc. Claim No. 1099 for Plan Voting Purposes;

{00728626;v1}

2.      Expert Report of David N. French dated December 7, 2007;

3.      Declaration of Yao Jing Wei dated December 12, 2007;

4.      Designation by the Estate Representatives of the Deposition Testimony of Larry D. Edwards

      (a)      Exhibit 8 to Deposition of Michael Edward  Hanson

      (b)      Exhibit 10 to Deposition of James P. Wilson

5.      Designation by the Estate Representatives of the Deposition Testimony of Candice L. Cheeseman;

6.      Designation by the Estate Representatives of the Deposition Testimony of James P. Wilson;

      (a)      Exhibit 2 to Deposition of Michael Edward  Hanson

      (b)      Exhibit 4 to Deposition of James P. Wilson

7.      Designation by the Estate Representatives of the Deposition Testimony of Robert Black;

      (a)      Exhibit 1 to Deposition of Robert Black

8.      Designation by the Estate Representatives of the Deposition Testimony of Doug Grimm;

9.      Designation by the Estate Representatives of the Deposition Testimony of Jack Terranova;

10.      Designation by the Estate Representatives of the Deposition Testimony of Michael Edward Hanson;

11.      Designation by the Estate Representatives of the Deposition Testimony of Monte Ness

12.      Designation by the Estate Representatives of the Deposition Testimony of Mardi De Verges; and

13.      Designation by the Estate Representatives of the Deposition Testimony of Martin Tollefson;

14.      Designation by the Estate Representatives of the Deposition Testimony of John Stuart Franks

      (a)      Exhibit 3 to Deposition of John Stuart Franks

(b)    Exhibit 4 to Deposition of John Stuart Franks

(c)    Exhibit 5 to Deposition of John Stuart Franks

(d)    Exhibit 6 to Deposition of John Stuart Franks (also referred to as Exhibit 4 to Deposition of Henry Hsu and Exhibit 6 to Deposition of James P. Wilson)

(e)    Exhibit 7 to Deposition of John Stuart Franks

(f)    Exhibit 8 to Deposition of John Stuart Franks

(g)    Exhibit 11 to Deposition of John Stuart Franks

15.    Designation by the Estate Representatives of the Deposition Testimony of Henry Hsu

(a)    Exhibit 3 to Deposition of Henry Hsu

16.    Designation by the Estate Representatives of the Deposition Testimony of Robert M. Caruso

(a)    Exhibit 3 to Deposition of Robert M. Caruso

(b)    Exhibit 5 to Deposition of Robert M. Caruso

17.    Specification SP-B110 Revision B for HRSG for Project 0590 Goreway Station

18.    Exhibit A Terms and Conditions of Purchase Goreway-Sithe Power Project

19.    Email from Scott Neumeister to Ron Sepiol, Victor Ferris, Jim Walder and Monte Ness re Goreway update dated January 17, 2006

20.    Email from Victor Ferris to Ron Sepiol re 5976-SNC/Goreway Outstanding Commercial Issues Response dated January 18, 2006 (w/ excerpt from Purchase Order attached)

21.    Quality Record Books G 06003-A-1 through 5LH and RH Panel Hydro Test Reports

22.    E-mail from John Pattee to Bob Black, Christa Kouretchain, Eric Nordstrom, Mark Lucas, Martin Tollefson and Roger Cadieus re EG0590B110-2-7 & EG0590B110-2-8 Inspection Reports dated January 2, 2007 (attaching Vendor Quality Inspection Report 5 – SNC Box 1000680-695)

23.   Form P-4 Manufacturers' Partial Data Report and Form P-6
      Manufacturers' Data Report Supplementary Sheet

24.   Trenergy History Docket dated August 2, 2007

25.   Letter dated Dec. 1, 2006 from Millie M. Hewes (Executive
      Assistant & Legal Coordinator at SNC) to Monte Ness attaching
      Completion Agreement dated November 30, 3006

26.   Warranty, Consent to Arbitration and Settlement Agreement dated
      March 2007

27.   E-mail from Chris Johnson to Greg Tardanico re: Carbon and
      Alloy steel tubes for Goreway dated February 5, 2007

28.   E-mail from Kurt Morf to Mark Dodge dated April 26, 2006 re:
      Purchase Order No. 59000010-HRSG for Goreway Station –
      Change Order No. 2

29.   E-mail from B. Jackson Cheung (consultant) to Martin Tollefson
      re: EG059JB110 checklist for HRSG Rev. 1 (18.12-23.12); Vendor
      Quality Inspection Report No. EG0590Gilo-2-7, doc dated
      December 25, 2006 – SNC Box 1

30.   E-mail from John Pattee to Bob Black, Christa Kouretchain, Eric
      Nordstrom, Mark Lucas, Martin Tollefson and Roger Cadieus re
      EG0590B110-2-7 & EG0590B110-2-8 Inspection Reports dated
      January 2, 2007 (attaching Vendor Quality Inspection Report 5)

31.   Email from Greg Tardanico to Greg Tardanico re January 26, 2006
      notes with Monte Ness dated December 5, 2007 (handwritten
      notes)

32.   Letter dated Dec. 1, 2006 from Millie M. Hewes (Executive
      Assistant & Legal Coordinator at SNC) to Monte Ness attaching
      Completion Agreement dated November 30, 2006

33.   Summary of Schedules and Global Notes and Statement of
      Limitations, Methodology, and Disclaimer regarding Debtor's
      Schedules and Statements

34.   Letter dated October 30, 2006 from Patrick Dinardo to Jeffrey
      Sabin

35.   Letter dated November 4, 2006 from Jeffrey Sabin to Patrick
      Dinardo (responding October 30 letter)

36.    Interim Analysis for an Extension of Time from SNC-Lavalin Power Ontario, Inc. to Sithe Global Power Gorway ULC Simple Cycle Scope of Work Covering Force Majure Events occurring up to and including July 31, 2007

37.    Warranty, Consent to Arbitration and Settlement Agreement dated March 2007 (execution copy) (attaching Agreement Letter)

38.    Interim Analysis for an Extension of Time from SNC-Lavalin Power Ontario, Inc. to Sithe Global Power Gorway ULC Combined Cycle Scope of Work Covering Force Majure Events occurring up to and including July 31, 2007

39.    List of GPEG Press Releases and September 28, 2006 Press Release re Chapter 11

40.    Letter dated October 20, 2006 from SNC to GPEG re Completion Agreement for Sithe Goreway HRSGs

41.    Goreway Station Deltak Bankruptcy Recovery Plan

42.    Monthly Operating Report dated January 8, 2007 (attaching GPEG's Monthly Operating Report 1- Book Balance Cash Listing & Bank Reconciliation dated October 31 2006)

43.    Excerpt from Disclosure Statement dated October 30, 2007

44.    Allocation of 2005 and 2006 Interest to Deltak, Braden and Williams based on monthly Capital Employed

45.    GPEG Intercompany Non-Cash Account Summary dated April 6, 2007

46.    E-mail from Kevin McGill to Tom Kiriakos with attachments (including November 10, 2006 Completion Agreement)

47.    Completion Agreement dated November 10, 2006

48.    Global Power Equipment Group, Inc. September 30, 2006 Intercompany Account Reconciliation (After Interest and Admin Allocation)

49.    Monthly Operating Report for November 2006 dated February 13, 2007

50.    Email from Candice Cheeseman to Scott Neumeister re SNC/Goreway dated January 12, 2006

51.    Email from Ron Sepiol to Jack Terranova re 5976-SNC/Goreway Outstanding Commercial Issues Response dated January 18, 2006

52.    Email from Scott Neumeister to Ron Sepiol, Victor Ferris, Jim Walder and Monte Ness re Goreway Update dated January 17, 2006

53.    Email from Monte Ness to Scott Neumeister, Ron Sepiol, Victor Ferris and Jim Walder re Goreway Update dated January 18, 2006

54.    Monthly Operating Report for October 2006 dated January 8, 2007

55.    Monthly Operating Report for December 2006 dated February 16, 2007

56.    Affidavit of Giles Laramee dated December 12, 2006 (w/exhibits)

57.    Email from David Lund to Larry Edwards, Monte Ness, Tom Edgar and ecavalie@ny.whitecase.com re SNC Markups to the Deltak Completion Agreement and Escrow Agreement dated October 23, 2006

58.    Amended Order Granting in part Debtors' Motion pursuant to 11 U.S.C.§ §105, 363 and 365 for an Order Authorizing Debtors to (1) Wind Down Operation of the Heat Recovery Steam Generation Business Segment operated by Deltak Debtors, (II) Reject Certain Executory Contracts in connection therewith, and (III) Implement Procedures for the Orderly Completion of Works in Progress dated October 26, 2006

59.    Email from Greg Tardanico to Jack Terranova et al re Deltak Completion Agreement Rejection dated November 13, 2006

60.    Debtors' Motion to Approve Certain Heat Recovery Steam Generation Completion Agreements dated November 15, 2006

61.    Email from Greg Tardanico to Tom Edgar et al reG06003 SNC Update dated November 17, 2006

62.    Email from Greg Tardanico to Monte Ness re DPEC Direct Payment authorization dated November 27, 2006

63.    Email from Edgardo Cavalie to David Lund et al re SNC– Completion Agreement – Redline dated October 30, 2006

64.    Deposition Transcript of Roger Bridges dated December 13, 2007

65.  Objection to Claim Number 1100 by Claimant(s) SNC-Lavalin Power Ontario, Inc. filed on 8/29/07 (Docket No. 1579)

66.  Objection to Claim Number 1099 by Claimant(s) SNC-Lavalin Power Ontario, Inc. dated 8/29/07 (Docket No. 1581)

67.  Reply to Debtors' Objections to Proof of Claim Nos. 1099 and 1100 Filed by SNC-Lavalin Power Ontario, Inc. dated 9/21/07 (Docket No. 1703)

68.  Joinder in Debtors' Objections to SNC Claims filed by Official Committee of Unsecured Creditors dated 9/27/07 (Docket No. 1732)

69.  Joinder of the Official Committee of Equity Security Holders in the Debtors' Objections to SNC Claims dated 10/03/07 (Docket No. 1774)

70.  Estate Representatives' Reply to SNC Opposition to Objections to Claim Nos. 1099 and 1100 dated 10/12/07 (Docket No. 1822)

71.  Sur-Reply of SNC-Lavalin Power Ontario, Inc. to the Estate Representatives' Reply to SNC's Opposition to Objections to Claim Nos. 1099 and 1100 dated 10/16/07 (Docket No. 1825)

72.  Transcript of Status Conference held on October 17, 2007 before the Honorable Brendan L. Shannon dated 10/24/07 (Docket No. 1879)

73.  Estate Representative's Supplemental Memorandum in Support of Objections to Claim Nos. 1099 and 1100 dated 10/29/07 (Docket No. 1904)

74.  Supplemental Memorandum of Law as to Objections to its Claim Nos. 1099 and 1100 filed by SNC-Lavalin Power Ontario, Inc. dated 10/29/07 (Docket no. 1905)

75.  Order dated 11/1/07 (Docket No. 1932)

76.  Joint Motion of Estate Parties Pursuant to Bankruptcy Rule 3018 to Determine the Temporarily Allowed Amount of SNC-Lavalin Power Ontario, Inc. Claim No. 1099 for Plan Voting Purposes Filed by Global Power Equipment Group, Inc. dated 11/5/07 (Docket No. 1943)

77.  Supplemental Objection to Claim Number 1099, 1100 by Claimant(s) SNC-Lavalin Power Ontario, Inc./Estate

Representatives' Supplemental Objection to Claim Nos. 1099 and 1100 dated 11/5/07 (Docket No. 1944)

78. Transcript of Hearing held on October 31, 2007 before the Honorable Brendan L. Shannon dated 11/8/07 (Docket No. 1970)

79. Order setting (1) Administrative Claim Bar Date for SNC-Lavalin Power Ontario, Inc. ("SN"); (2) Schedule for Discovery in connection with pending Objections to Claim Nos. 1099 and 1100 of SNC Pending Bankruptcy Rule 3018 Motion concerning SNC claim 1099, Potential Administrative Claims of SNC, and Potential Future SNC Plan Confirmation Objections; and (3) Consolidate Hearing date dated 11/14/07 (Docket No. 2000)

80. Transcript of Hearing held on November 13, 2007 before the Honorable Brendan L. Shannon dated 11/16/07 (Docket No. 2023)

81. Motion to Allow (I) Motion of SNC-Lavalin Power Ontario, Inc., Pursuant to Bankruptcy Rule 3018 to Temporarily Allow its Claim No. 1099 for Plan Voting Purposes, and for Related Relief, and (II) Opposition to Joint Motion of Estate Parties Pursuant to Rule 3018 Filed by SNC-Lavalin Power Ontario, Inc. dated 11/23/07 (Docket No. 2068)

82. Motion of SNC-Lavalin Power Ontario, Inc. Pursuant to 11 U.S.C. Section 502(c) to Temporarily Allow its Claim No. 1100 for the Purpose of Assessing Feasibility of the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group, Inc. and its Affiliated Debtors Pursuant to 11 U.S.C. Section 1129(a)(11), and for Related Relief Filed by SNC-Lavalin Power Ontario, Inc. dated 11/23/07 (Docket No. 2069)

83. Objection to Estate Representatives' Supplemental Objection to Claim Nos. 1099 and 1100 dated 12/07/07 (Docket No. 2138)

84. Objection of the Estate Parties to Motion of SNC-Lavalin Power Ontario, Inc. Pursuant to 11 U.S. C. Sec. 502(c) to Temporarily Allow its Claim No. 1100 for the Purpose of Assessing Feasibility of the First Amended Joint Chapter 11 Plan of Reorganization for Global Power Equipment Group, Inc. and its Affiliated Debtors Pursuant to 11 U.S.C. Sec. 1129(a) (11) and for Related Relief dated 12/09/07 (Docket No. 2146)

85. Objection of Estate Parties to (I) Motion of SNC-Lavalin Power Ontario, Inc. Pursuant to Bankruptcy Rule 3018 to Temporarily Allow its Claim No. 1099 for Plan Voting Purposes, and for Related Relief, and (II) Opposition to Joint Motion of Estate Parties Pursuant to Rule 3018 dated 12/09/07 (Docket No. 2147)

86.   Transcript of Hearing held on December 7, 2007 before the Honorable Brendan L. Shannon dated 12/12/07 (Docket No. 2158)

87.   The Estate Representatives' Motion in Limine to Strike the Expert Reports, Affidavit and Testimony of Roger P. Bridges Filed by Global Power Equipment Group, Inc. dated 12/14/07 (Docket No. 2186)

88.   The Estate Parties' Motion in Limine to Exclude the Expert Report and Testimony of Stephen B. Darr dated 12/14/07 (Docket No. 2174)

89.   Global Power Equipment Group Inc. Form 8-K dated March 30, 2006

90.   Transcript of Deposition of Gregory Tardanico on December 8, 2007

Dated: January 17, 2008          BAYARD, P.A.

By: _____
    Jeffrey M. Schlerf (No. 3047)
    Scott G. Wilcox (No. 3882)
    Kathryn D. Sallie (No. 4600)
    222 Delaware Avenue, Suite 900
    Wilmington, DE 19801
    Telephone: (302) 655-5000

    Attorneys to the Debtors and
    Debtors in Possession

    Adam G. Landis, Esquire
    Kerri K. Mumford, Esquire
    LANDIS RATH & COBB LLP
    919 Market Street, Suite 600
    Wilmington, DE 19801

    - and -

Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Brian Kohn, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Attorneys to the Official Committee of
Unsecured Creditors


Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

                    - and -

Howard L. Siegel, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
CityPlace
185 Asylum Street
Hartford, CT 06103-3402

Attorneys to the Official Committee of Equity
Security Holders

## CERTIFICATE OF SERVICE

I, Kathryn D. Sallie, hereby certify that on the 17th day of January, 2008, I caused a copy

of **The Estate Representatives' Designation of Additional Items for the Record of Appeal** to

be served upon the parties listed below in the manner indicated and copies of the designated

documents to be served upon Delaware counsel *via* hand delivery.

### *VIA* FIRST CLASS MAIL

Patrick P. Dinardo, Esquire
Pamela Holleman, Esquire
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109
(Counsel for SNC-Lavalin Power Ontario, Inc.)

Howard L. Siegel, Esquire
Brown Rudnick Berlack Israels LLP
CityPlace
185 Asylum Street
Hartford, CT 06103-3402
(Counsel for Official Committee of Equity Security Holders)

Jeffrey Sabin, Esquire
David M. Hillman, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
Btn 55th and 56th Streets
New York, NY  10022
(Counsel for Official Committee of Unsecured Creditors)

### VIA HAND DELIVERY

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street, Ste. 400
Wilmington, DE  19801
(Counsel for SNC-Lavalin Power Ontario, Inc.)

{00728599;v1}

Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(Counsel for Official Committee of Equity Security Holders)

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 600
Wilmington, DE 19801
(Counsel for Official Committee of Unsecured Creditors)

Kathryn D. Sallie (No. 4600)