IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:<br>Global Power Equipment Group, Inc., et al., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-11045 (BLS)<br>CA 1:08-cv-24 (JJF)<br>CA 1:08-cv-25 (JJF) |
| SNC-Lavalin Power Ontario, Inc.<br><br>Appellant<br><br>v.<br><br>Global Power Equipment Group, Inc., et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 06-11045 (BLS)<br><br>Case Nos. 1:08-cv-00024 (JJF) and<br>1:08-cv-00025 (JJF) |

## NOTICE OF WITHDRAWAL

J. Richard Tucker, court appointed Mediator in the above-captioned civil action, hereby gives notice of the withdrawal of his *Notice of Mediation Impasse – Concurrence of All Interested Parties* filed on April 7, 2008 [D.I. 6].

Respectfully,

MARON MARVEL BRADLEY
& ANDERSON, P.A.

/s/ J. Richard Tucker
J. Richard Tucker
1201 N. Market Street
Suite 900
Wilmington, DE 19801
(302) 425-0177
jrt@maronmarvel.com

Dated: April 8, 2008