## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Global Power Equipment Group, Inc., et al., ) | Case No.  06-11045 (BLS) |
| ) | Jointly Administered |
| ) | |
| SNC-Lavalin Power Ontario, Inc., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 8-cv-00024 (JFF) |
| ) | |
| Global Power Equipment Group, Inc., et al., ) | |
| ) | |
| Appellees. ) | |
| ) | |

### STIPULATION REGARDING THE
### ESTABLISHMENT OF BRIEFING SCHEDULE FOR APPEAL

This *Stipulation Regarding the Establishment of Briefing Schedule for Appeal* is entered into by and between Global Power Equipment Group, Inc., et al. (collectively, "Debtors"), Robert Troisio, the Deltak Plan Administrator, and the Official Committee of Equity Security Holders (collectively, the "Estate Representatives" or "Appellees") and SNC-Lavalin Power Ontario, Inc. ("Appellant") with respect to the above-captioned appeal (the "Appeal") from the Claims Order (as hereinafter defined).

1.    Background.    Appellant filed a proof of claim in the bankruptcy cases of Debtors Global Power Equipment Group, Inc. and Deltak, LLC.  On December 21, 2007, the Bankruptcy Court entered its *Order Sustaining Estate Parties' Objections to Proofs of Claim Nos. 1099 and 1100 Filed by SNC-Lavalin Power Ontario, Inc. and Temporarily Allowing for Plan Voting Purposes Claim No. 1099* (Bankr. D.I. 2236) (the "Claims Order").  SNC filed its Notice of

Appeal of the Claims Order on December 27, 2007. This Appeal was docketed by the District Court Clerk on January 14, 2008 (D.I. 3).

2.    Mediation. Pursuant to the *Standing Order Governing Mediation of Appeals from the United States Bankruptcy Court for this District*, entered by the District Court on July 23, 2004, mediation of this Appeal was held on March 27, 2008, with several follow-up conversations occurring between the parties the following week. On April 8, 2008, the mediator submitted his *Notice of Mediation Impasse, Concurrence of All Interested Parties* (D.I. 8) to the Court, concluding his efforts. The termination of the mediation also terminated the deferral of briefing in this Appeal.

3.    Stipulation on Briefing Schedule. Based on the foregoing, the Estate Representatives and Appellant discussed and agreed upon a schedule for briefing this Appeal, and request that the Court approve the following schedule for briefing on the Claims Order Appeal:

a.    Appellant's Opening Brief due on Thursday, May 15, 2008.

b.    Appellees' Answering Brief due on Monday, June 23, 2008.

c.    Appellant's Reply Brief due on Tuesday, July 8, 2008.

SULLIVAN · HAZELTINE · ALLINSON LLC

BAYARD, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191

-and-

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Scott G. Wilcox (No. 3882)
Kathryn D. Sallie (No. 4600)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-and-

Howard L. Siegel, Esq.
BROWN RUDNICK BERLACK ISRAELS
LLP
CityPlace
185 Asylum Street
Hartford, CT 06103-3402

*Attorneys for the Official Committee of
Equity Security Holders*

Dated: April 22, 2008
Wilmington, Delaware

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Global Power Equipment Group, Inc., et al., | ) | Case No.  06-11045 (BLS) |
| | ) | Jointly Administered |
| SNC-Lavalin Power Ontario, Inc. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Cases No. 8-cv-00024 (JFF) |
| | ) | |
| Global Power Equipment Group, Inc., et al. | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

## ORDER APPROVING STIPULATION REGARDING
## THE ESTABLISHMENT OF BRIEFING SCHEDULE FOR APPEAL

Based on the *Stipulation Regarding the Establishment of Briefing Schedule for Appeal*
entered into by and between Global Power Equipment Group, Inc., et al. and SNC-Lavalin
Power Ontario, Inc. with respect to the above-captioned appeal (the "Stipulation"), the Court
hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that
the parties shall adhere to the briefing schedule set forth in paragraph 3 of the Stipulation.

Dated: April ____, 2008
       Wilmington, Delaware

_____

The Honorable Joseph J. Farnan, Jr.
United States District Judge