## SULLIVAN · HAZELTINE · ALLINSON LLC
ATTORNEYS AND COUNSELORS AT LAW

**William D. Sullivan**
bsullivan@sha-llc.com

**William A. Hazeltine**
whazeltine@sha-llc.com

**Elihu E. Allinson, III**
zallinson@sha-llc.com

4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

April 22, 2008

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

> Re:   SNC-Lavalin Power Ontario, Inc. v.
>       **Global Power Equipment Group, Inc., et al.**
>       **Case No. 08-cv-00024 (JJF) ("Claims Order Appeal")**
>       **Case No. 08-cv-00025 (JJF) ("Confirmation Order Appeal")**

Dear Judge Farnan:

      This firm, along with the firm of Sullivan & Worcester LLP, is counsel to SNC-Lavalin Power Ontario, Inc., appellants in both of the above-referenced appeals from the Bankruptcy Court (the "Appeals"). A mediation with respect to the Appeals was held on March 27, 2008, which was unsuccessful. Thereafter, the parties have discussed and agreed on briefing schedules for the Claims Order Appeal (Case No. 08-cv-00024) and the pending Motion to Dismiss in the Confirmation Order Appeal (Case No. 08-cv-00025).

      Enclosed for Your Honor's consideration and requested entry please find: (a) the *Stipulation Regarding the Establishment of a Briefing Schedule for Appeal* in the Claims Order Appeal, along with a proposed form of order concerning the Stipulation, and (b) the *Stipulation Regarding the Establishment of Briefing Schedule for Motion to Dismiss* with respect to the Confirmation Order Appeal, along with a proposed form of order approving the Stipulation. Copies of these documents were electronically filed in the Appeals today.

      The parties remain available should Your Honor have any questions concerning the Stipulations or proposed forms of order in connection therewith.

The Honorable Joseph J. Farnan, Jr.
April 22, 2008
Page 2 of 2

Very truly yours,

*/s/ William D. Sullivan*

William D. Sullivan

cc:  Jeffrey M. Schlerf, Esq. (via facsimile)
     John K. Cunningham, Esq. (via facsimile)
     Adam G. Landis, Esq. (via facsimile)
     Jeffrey S. Sabin, Esq. (via facsimile)
     Jeremy W. Ryan, Esq. (via facsimile)
     Howard L. Siegel, Esq. (via facsimile)
     Patrick P. Dinardo, Esq. (via facsimile)