IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re <br><br> GLOBAL POWER EQUIPMENT GROUP INC., et al., <br><br><br> SNC-LAVALIN POWER ONTARIO, INC., <br><br> Appellant, <br><br> v. <br><br> GLOBAL POWER EQUIPMENT GROUP INC., et al., <br><br> Appellees. | Chapter 11 <br><br> Case No. 06-11045 (BLS) <br><br> Jointly Administered <br><br><br><br> Case No. 8-CV-00024 (JJF) |

**STIPULATION MODIFYING BRIEFING SCHEDULE FOR APPEAL
AND ENLARGING PAGE LIMITS**

This Stipulation Modifying Briefing Schedule for Appeal and Enlarging Page Limits is entered into by and between Global Power Equipment Group Inc., et al. (collectively, "Debtors"), Robert Troisio (the Deltak Plan Administrator), and the Official Committee of Equity Security Holders (collectively with the Debtors and Robert Troisio, "Estate Representatives" or "Appellees") and SNC-Lavalin Power Ontario, Inc. ("Appellant") with respect to the above-captioned appeal ("Appeal") from the Claim Order (hereinafter defined).

1. <u>Background.</u> Appellant filed proof of claims in the bankruptcy cases filed by Debtors Global Power Equipment Group, Inc. and Deltak, LLC. On December 21, 2007, the Bankruptcy Court entered its *Order Sustaining Estate Parties' Objections to Proof of Claims Nos. 1099 and 1100 Filed by SNC-Lavalin Power Ontario, Inc. and Temporarily Allowing for Plan Voting Purposes Claim No. 1099* (Bankr. D.I. 2236) (the "Claim Order"). SNC filed its Notice of Appeal of the Claim Order on December 27, 2007. The Appeal was docketed by the District Court Clerk on

{BAY:01039609v2}

January 14, 2008 (D.I. 3).

2. <u>Stipulation of Briefing Schedule</u>. On April 22, 2008, the Estate Representatives and Appellant stipulated and agreed upon a briefing schedule for the Appeal (D.I. 9) which the Court approved on April 23, 2008.

3. <u>Modified Briefing Schedule</u>. The Estate Representatives and Appellant have further agreed to amend the briefing schedule for the Appeal, and request approval of the Court of the following revised schedule:

    a. Appellees' Answering Brief shall be due on July 7, 2008;

    b. Appellant's Reply Brief shall be due on July 22, 2008.

4. <u>Brief Length</u>. The Estate Representatives and Appellant have also agreed upon page limits for the briefs in accordance with Rule 8010(c) of the Federal Rules of Bankruptcy Procedure, and to the extent these page limits exceed the page limits permitted under Local District Court Rule 7.1.3(a)(4), if applicable, request approval of the Court on the following:

    a. Appellant's Opening Brief shall not exceed 50 pages;

    b. Appellees' Answering Brief shall not exceed 50 pages;

    c. Appellant's Reply Brief shall not exceed 25 pages.

Dated: June 20, 2008
Wilmington, Delaware

| SULLIVAN HAZELTINE ALLINSON, LLC | BAYARD, P.A. |
|---|---|
| By: /s/ William D. Sullivan<br>William D. Sullivan (No. 2820)<br>Elihu E. Allinson, III (No. 3476)<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>(302) 428-8191 | By: /s/ Jeffrey M. Schlerf<br>Jeffrey M. Schlerf (No. 3047)<br>Scott G. Wilcox (No. 3882)<br>Eric M. Sutty (No. 4007)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>(302) 655-5000 |
| -and- | Attorneys for Appellee Global Power Equipment Group Inc. |

{BAY:01039609v2}

Patrick P. Dinardo
Paul E. Summit
Pamela Smith Holleman
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800


Attorneys for Appellant, SNC-Lavalin
Power Ontario, Inc.

By:    */s/ Adam G. Landis*
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801

-and-

Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Meghan Breen, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Attorneys for Appellee Official Committee of
Unsecured Creditors


By:    */s/ Jeremy W. Ryan*
Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

-and-

Howard L. Siegel, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111

Attorneys for Appellee Official Committee of Equity
Security Holders

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) Case No. 06-11045 (BLS) |
| | ) Jointly Administered |
| | ) |
| SNC-LAVALIN POWER ONTARIO, INC., | ) |
| | ) |
| Appellant, | ) Case No. 8-CV-00024 (JJF) |
| | ) |
| v. | ) |
| | ) |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) |
| | ) |
| Appellees. | ) |

**ORDER APPROVING STIPULATION MODIFYING BRIEFING SCHEDULE FOR APPEAL AND ENLARGING PAGE LIMITS**

Upon consideration of the Stipulation Modifying Briefing Schedule for Appeal and Enlarging Page Limits (the "Stipulation") agreed upon by and between Global Power Equipment, Group, Inc., et al., Robert Troisio (the Deltak Plan Administrator), the Official Committee of Equity Security Holders and SNC-Lavalin Power Ontario, Inc. regarding the above captioned appeal, the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the terms contained therein.

Dated: June _____, 2008
       Wilmington, Delaware

                                                                                                   _____
                                                                                      The Honorable Joseph J. Farnan, Jr.
                                                                                      United States District Court Judge

{BAY:01039609v2}