**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| GLOBAL POWER EQUIPMENT GROUP | ) Case No. 06-11045 (BLS) |
| INC., et al., | ) |
| | ) Jointly Administered |
| | ) |
| SNC-LAVALIN POWER ONTARIO, INC., | ) |
| | ) |
| Appellant, | ) Case No. 8-CV-00024 (JJF) |
| | ) |
| v. | ) |
| | ) |
| GLOBAL POWER EQUIPMENT GROUP | ) |
| INC., et al., | ) |
| | ) |
| Appellees. | ) |

**ORDER APPROVING STIPULATION MODIFYING BRIEFING SCHEDULE FOR
APPEAL AND ENLARGING PAGE LIMITS**

Upon consideration of the Stipulation Modifying Briefing Schedule for Appeal and

Enlarging Page Limits (the "Stipulation") agreed upon by and between Global Power Equipment,

Group, Inc., et al., Robert Troisio (the Deltak Plan Administrator), the Official Committee of

Equity Security Holders and SNC-Lavalin Power Ontario, Inc. regarding the above captioned

appeal, the Court hereby orders and directs that the Stipulation shall be effective as an Order of

this Court, and that the parties shall adhere to the terms contained therein.

Dated: June 24, 2008
        Wilmington, Delaware

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

{BAY:01039609v2}