IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| GLOBAL POWER EQUIPMENT | ) Case No. 06-11045 (BLS) |
| GROUP INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| SNC-LAVALIN POWER ONTARIO, INC. | ) |
| | ) |
| Appellant, | ) Civil No. 1:08-cv-00024 (JJF) |
| | ) |
| v. | ) |
| | ) |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) |
| | ) |
| Appellees. | ) |

## REQUEST OF APPELLEES FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Appellees Global Power Equipment Group Inc., the Deltak Plan Administrator and the Official Committee of Equity Security Holders respectfully request a hearing on the Appellant's Opening Brief, the Appellees' Answering Brief and the Appellant's Reply Brief (collectively, the "Briefs") and related pleadings in order to allow the parties to present oral argument. This request is made with the belief that oral argument will

{BAY:01070674v2}

substantially assist the Court in understanding the issues presented in the Briefs and therefore a hearing date is requested for that purpose.

Dated: July 25, 2008

    BAYARD, P.A.

By: /s/ Jeffrey M. Schlerf
    Jeffrey M. Schlerf (No. 3047)
    Scott G. Wilcox (No. 3882)
    Eric M. Sutty (No. 4007)
    222 Delaware Avenue, Suite 900
    Wilmington, Delaware 19801

    Attorneys for Appellee Global Power
    Equipment Group Inc.


    SAUL EWING LLP

By: /s/ Jeremy W. Ryan
    Mark Minuti, Esquire
    Jeremy W. Ryan, Esquire
    222 Delaware Avenue, Suite 1200
    Wilmington, DE 19801

    -and-

BROWN RUDNICK LLP
Howard L. Siegel, Esquire
John C. Elstad, Esquire
Cityplace I, 185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esquire
One Financial Center
Boston, MA 02111

Attorneys for Appellee Official
Committee of Equity Security Holders

LANDIS RATH & COBB LLP

By: /s/ Kerri K. Mumford
    Adam G. Landis (No. 3407)
    Kerri K. Mumford (No. 4186)
    919 Market Street, Suite 600
    Wilmington, DE 19801

    -and-

SCHULTE ROTH & ZABEL LLP
Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Meghan M. Breen, Esquire
919 Third Avenue
New York, NY 10022

Attorneys for Appellee Deltak Plan Administrator

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 25th day of July, 2008, I caused a copy of the **Request of Appellees for Oral Argument** to be served upon the parties listed below in the manner indicated.

| *VIA* ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL | *VIA* ELECTRONIC MAIL AND HAND DELIVERY |
|---|---|
| Howard Siegel, Esquire<br>*Brown Rudnick LLP*<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103-3402 | Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>*Landis Rath & Cobb LLP*<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Jeffrey Sabin, Esquire<br>David Hillman, Esquire<br>Meghan M. Breen, Esquire<br>*Schulte Roth & Zabel, LLP*<br>919 Third Avenue<br>New York, NY 10022 | Mark Minuti, Esquire<br>Jeremy W. Ryan, Esquire<br>*Saul Ewing LLP*<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 |
| Steven Pohl, Esquire<br>John C. Elstad, Esquire<br>*Brown Rudnick LLP*<br>One Financial Center<br>Boston, MA 02111 | William D. Sullivan, Esquire<br>*Sullivan Hazeltine Allinson LLC*<br>4 East 8th St., Suite 400<br>Wilmington, DE 19801 |
| Patrick P. DiNardo, Esquire<br>Paul E. Summit, Esquire<br>Pamela Smith Holleman, Esquire<br>*Sullivan & Worcester LLP*<br>One Post Office Square<br>Boston, MA 02109 | David M. Klauder<br>*Office of the United States Trustee*<br>844 King North King Street, Suite 2207<br>Wilmington, DE 19801 |

Eric M. Sutty (No. 4007)

{BAY:01076528v1}